# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISIANA COUNSELING AND FAMILY SERVICES INC., et al., | : Hon. Joseph H. Rodriguez |
| Plaintiffs, | : Civil Action No. 08-6143 |
| v. | : ORDER |
| MT. FUJI JAPANESE RESTAURANT, et al., | : |
| Defendants. | : |

These matters having come before the Court on Plaintiffs' motions for default judgment pursuant to Fed. R. Civ. P. 55(b) as to Defendant Mt. Fuji Japanese Restaurant [Dkt. Entry No. 69] and Defendant Maggio's Pizza and Pasta [Dkt. Entry No. 70] and Plaintiffs' motion for summary judgment pursuant to Fed. R. Civ. P. 56 as to Defendant Hello Gorgeous Salon [Dkt. Entry No. 71]; and the Court having considered the written submissions of the parties without oral argument pursuant to Fed. R. Civ. P. 78; and for the reasons set forth in the Court's Opinion of even date;

IT IS on this 27th day of July, 2011 hereby

ORDERED that Plaintiffs' Motion for Default Judgment against Mt. Fuji [Dkt. Entry No. 69] is denied without prejudice; and it is further

ORDERED that Plaintiffs' Motion for Default Judgment against Maggio's Pizza and Pasta [Dkt. Entry No. 70] is denied without prejudice; and it is further

ORDERED that Plaintiffs' Motion for Summary Judgment against Hello Gorgeous Salon [Dkt. Entry No. 71] is denied without prejudice; and it is further

ORDERED that Plaintiffs SHOW CAUSE in writing within 20 days of this ORDER demonstrating the requisite standing to bring the present matter consistent with the Court's Opinion of even date.  Plaintiffs are HEREBY given leave to amend the Complaint.  Failure to SHOW CAUSE will result in the automatic dismissal of Plaintiffs' Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

    /s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
United States District Judge