UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LOUISIANA COUNSELING AND FAMILY SERVICES INC., et al., | : | Hon. Joseph H. Rodriguez |
| | : | Civil Action No. 08-6143 |
| Plaintiffs, | | |
| | : | **ORDER** |
| v. | | |
| | : | |
| MT. FUJI JAPANESE RESTAURANT, et al., | | |
| | : | |
| Defendants. | | |

This matter having come before the Court on Defendant Hello Gorgeous Salon's Motion to Dismiss [86], and the Court having considered the written submissions of the parties, and for the reasons expressed in the Opinion issued on even date,

IT IS on this 8th day of August 2012 hereby ORDERED that the Motion to Dismiss is DENIED.

　　　　　　　　　　　　　　　　　　　　　　/s/Joseph H. Rodriguez　　　　　
　　　　　　　　　　　　　　　　　　　　Hon. Joseph H. Rodriguez,
　　　　　　　　　　　　　　　　　　　　United States District Judge